STEPHEN S. KENT, ESQ.
Nevada Bar No.: 1251
KENT LAW, PLLC
201 W. Liberty, Suite 320
Reno, Nevada 89501
Tel: 775-324-9800
skent@skentlaw.com
Attorneys for Defendant WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA RAYBON, an individual<br><br>      Plaintiffs,<br><br>vs.<br><br>WALMART INC.; DOES I-X; and ROE COMPANIES I-X inclusive,<br><br>      Defendants. | Case No.: 2:21-cv-01430-RFB-BNW<br><br>**STIPULATION TO REMAND TO STATE COURT** |

The parties to this case, Plaintiff SANDRA RAYBON, by and through her counsel of record, Scott E. Philuppus of Hicks & Brasier, PLLC, and Defendant WALMART, INC., through its attorney KENT LAW, do hereby stipulate and agree that the claims of plaintiff do not, and will not, exceed Seventy-Five Thousand Dollars ($75,000), and therefore, the parties agree that

/ / /

/ / /

/ / /

/ / /

this case should be remanded to the Eighth Judicial District Court, from where it was removed and jointly request that the court order remand.

DATED this __9th__ day of September, 2021.

                                KENT LAW

                                BY: _____
                                    STEPHEN S. KENT
                                    201 W. Liberty St., Ste. 320
                                    Reno, Nevada 89501
                                    ATTORNEYS FOR DEFENDANT
                                    WALMART, INC.

DATED this __9th__ day of September, 2021.

                                HICKS & BRASIER. PLLC

                                BY: _____
                                    SCOTT E. PHILIPPUS
                                    Hicks & Brasier, PLLC
                                    2630 S. Jones Blvd.
                                    Las Vegas, NV 89146
                                    ATTORNEYS FOR PLAINTIFF
                                    SANDRA RAYBON

## IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 10th day of September, 2021.

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Nevada Rules of Civil Procedure, I hereby certify that I am an employee of Kent Law and that on this date, I served a true and correct copy of the attached document(s) as follows:

____ By placing the document(s) in a sealed envelope with first-class U.S. postage prepaid, and depositing it for mailing with the U.S. Postal Service in Reno, Nevada addressed to the person at the address listed below.

__X__ By electronic service. By filing the document with the court's electronic filing system which serves counsel listed below electronically.

____ By personally delivering the document(s) listed above, addressed to the person at the address as set forth below.

____ By Federal Express.

____ By facsimile.

Scott E. Philuppus
Hicks & Brasier, PLLC
2630 S. Jones Blvd.
Las Vegas, NV 89146

DATED this 9 day of September, 2021.

Holly Mitchell